IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LA 'TOSHA BAXTER, o/b/o L.D. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | CIVIL ACTION NO. 2:05cv424-MHT |
| ) | |
| JO ANNE BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On August 7, 2006, the Magistrate Judge filed a Recommendation (Doc. No. 23) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation of the Magistrate Judge (Doc. No. 23) is ADOPTED;

2. That this case is reversed and remanded to the Commissioner for further proceedings.

DONE, this the 31st day of August, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE